**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1423

KENTRELL A. GIBBS,

Plaintiff - Appellant,

v.

MIRACLES IN SIGHT,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:21-cv-00976-CCE-LPA)

Submitted:  July 20, 2023                                        Decided:  July 25, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kentrell A. Gibbs, Appellant Pro Se.  Jose Rodrigo Pocasangre, Jill S. Stricklin, CONSTANGY, BROOKS, SMITH & PROPHETE, LLP, Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kentrell A. Gibbs appeals the district court's order granting Defendant Miracles In Sight's motions for sanctions and for summary judgment in Gibbs' race discrimination action, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  Upon review of the record, we discern no reversible error.  Accordingly, we affirm the district court's order.  *Gibbs v. Miracles In Sight*, No. 1:21-cv-00976-CCE-LPA (M.D.N.C. Mar. 22, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2